

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Texas Department of Transportation, Appellant

No. 06-13-00047-CV     v.

Jacqueline Ingram, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2011-459). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's denial of the plea to the jurisdiction and render judgment dismissing the case for lack of subject-matter jurisdiction.

We further order that the appellee, Jacqueline Ingram, pay all costs of this appeal.

RENDERED OCTOBER 4, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk